OPINION — AG — ALL OF THE PROPERTY OF THE CORPORATION ORGANIZED AS AN ORPHANS HOME THAT IS USED FOR THE APPROPRIATE PURPOSES OF SUCH INSTITUTION IS TAX EXEMPT. FURTHER, THAT ALL PROPERTY BELONGING TO THE CORPORATE ORPHANS HOME WHICH IS LEASED TO A PRIVATE PARTY FOR CROP BY THE HOME TO CARRY OUT THE PURPOSES OF THE ORGANIZATION. THESE CONCLUSIONS AGREE WITH THE OPINION NO. 63-322. CITE: ARTICLE X, SECTION 6 (W. J. MONROE) ** SEE: OPINION NO. 68-374 (1968) **